Núm. 8007.—Benítez Rexach, etc., apldo. *v.* Muñoz, etc., apltes. —C. D. Humacao. Junio 24, 1939.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, por sentencia de esta Corte de 24 de febrero de 1938 se desestimó por frívola la apelación interpuesta por el demandado Domingo Quintana sobre oposición a sustitución de partes demandadas, nulidad de orden de ejecución y otros extremos, habiéndose por esta Corte impuesto al apelante el pago de las costas en apelación, incluyendo entre ellas la cantidad de $50 por honorarios de abogado;

Por cuanto, devuelto el caso a la Corte de Distrito de Humacao los dichos apelantes presentaron ante la misma varias mociones que fueron todas declaradas sin lugar, y según alega el apelado y parecen indicar los autos fueron radicadas con el solo objeto de entorpecer la ejecución de la resolución de este Tribunal;

Por cuanto, desde la fecha de la radicación del recurso los apelantes no han presentado ningún otro escrito ante esta Corte;

[1] Admisión Ejercicio de la Abogacía.
[2] *Impeachment.*
[3] Hábeas Corpus.
[4] Recurso Revisión.
[5] Recurso Gubernativo.
[6] *Certiorari.*

Por tanto, se desestima por falta de gestión y por motivos de frivolidad la apelación establecida en este caso contra resolución dictada por la Corte de Distrito de Humacao en Abril 22 de 1938.

El Juez Asociado Sr. Travieso no intervino.